# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02323-NYW

LEO COMBAT, LLC,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, and
JOHN FORBES KERRY, SECRETARY OF STATE,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on Defendants' Motion for Leave to File a Reply in Support of Their Motion to Dismiss (the "Motion"). [#23, filed Mar. 3, 2016]. The court has considered the Motion and Plaintiff's Response in Opposition to Defendants' Motion for Leave to File a Reply (the "Response") [#24]. The court notes that all parties had the opportunity to seek leave of court to file replies in support of their respective dispositive motions. The court is therefore unconvinced by Plaintiff's argument that allowing Defendants leave to file the proposed Reply in any way prejudices Plaintiff.

    Plaintiff states in its Response that should the court grant Defendants' Motion, Plaintiff should also be granted leave to file a reply in support of their own Motion for Summary Judgment. [#24 at 2]. The court will not grant such relief in the present Minute Order. If Plaintiff has good cause to file a reply in support of their Motion for Summary Judgment, it may file an appropriate motion, which includes the proposed reply and a statement of the reasons why a reply is necessary.

    Accordingly, the court hereby **GRANTS** Defendants' Motion for Leave to File a Reply in Support of Their Motion to Dismiss [#23] and directs the Clerk of Court to docket Defendants' Reply in Support of Motion to Dismiss.

DATED: March 4, 2016