IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: | 15-cv-02323-NYW | Date: March 17, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| LEO COMBAT LLC, | *Robert Neale Lyman* |
| **Plaintiff,** | |
| **v.** | |
| UNITED STATES DEPARTMENT OF STATE, JOHN FORBES KERRY, | *Eric J. Soskin* *Juan G. Villasenor* *Stuart Justin Robinson* |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**ORAL ARGUMENT**

Court in Session: 10:00 a.m.

Appearance of counsel.

Discussion and argument held on Defendants' Motion to Dismiss [19] filed January 29, 2016.

**ORDERED:  Defendants' Motion to Dismiss [19] is argued, submitted, and TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

Discussion and argument held on Plaintiff's Motion for Summary Judgement on Counts 1 and 2 [20] filed January 29, 2016.

**ORDERED: Plaintiff's Motion for Summary Judgment on Counts 1 and 2 [20] is argued, submitted, and TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

**ORDERED: The Clerk of the Court shall request a copy of the transcript of the proceedings for this judicial officer.**

Court in Recess:  11:21 a.m.          Hearing concluded.          Total time in Court: 01:21

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.